JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHNSON,<br><br>              Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC., AMERICAN AIRLINES GROUP, INC., and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No. 2:21-cv-01319-DSF-AFM<br><br>U.S. DISTRICT JUDGE: HON. DALE S. FISCHER<br>MAGISTRATE: HON. ALEXANDER F. MCKINNON<br><br>**ORDER**<br><br>Action Filed:       January 7, 2021<br>Removed:           February 12, 2021<br><br>Final Pretrial Conf: October 17, 2022<br>Jury Trial:            November 15, 2022 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

// /

1

Case 2:21-cv-01319-DSF-AFM   Document 22   Filed 12/29/22   Page 2 of 2   Page ID #:187

**ORDER**

Pursuant to the Stipulation entered into by and between Plaintiff MICHAEL JOHNSON and Defendants, AMERICAN AIRLINES, INC. and AMERICAN AIRLINES GROUP, INC., through their respective counsel of record, and good cause appearing therefore,

IT IS HEREBY ORDERED that the matter of *Michael Johnson v. American Airlines, Inc., et al.,* United States District Court for the Central District of California, bearing Case No. 2:21-cv-01319-DSF-AFM, is hereby dismissed with prejudice in its entirety.

DATED: December 29, 2022

Honorable Dale S. Fischer
United States District Judge